REDDING v. AMERICAN DISTRIBUTING CO. et al. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Ralph W. Redding against the American Distributing Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

REDMOND v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by Michael Redmond against the city of New York. L. L. Kellogg, for plaintiff. T. Farley, for defendant. No opinion. Judgment affirmed, without costs.

REED, Respondent, v. NEW YORK & R. GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Thomas M. Reed against the New York & Richmond Gas Company. No opinion. Motion denied, with $10 costs.

ROBINSON et al., Respondents, v. NEW YORK ELEVATED R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Frederick S. Robinson, as trustee, and others, against the New York Elevated Railroad Company and others. C. N. Morgan, for appellants. J. A. Weekes, for respondents. No opinion. Judgment affirmed, with costs.

ROMAN, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by James D. Roman against Edmund K. Taylor. No opinion. Motion for reargument denied, with $10 costs.

RONDE, Respondent, v. CRUIKSHANK, Appellant. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by Frank Ronde against Clarence D. Cruikshank. C. D. Cruikshank, for appellant. A. Mayer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROONEY, Respondent, v. BODKIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Margaret Rooney against Martin R. Bodkin and others. No opinion. Motion granted, and order resettled.

ROSENFELD, Appellant, v. DAVIDSON, Respondent. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by Amy R. Rosenfeld against Mary M. Davidson. O. Horwitz, for appellant. S. B. Livingston, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
PATTERSON and O'BRIEN, JJ., dissent.

ROSS v. BAYER–GARDNER–HIMES CO. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Charles R. Ross against the Bayer-Gardner-Himes Company. No opinion. Motion denied, with $10 costs.

ROTHSCHILD, Appellant, v. DREYFUS, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Victor H. Rothschild against Isaac Dreyfus. B. Tuska, for appellant. J. C. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re RYER. (Supreme Court, Appellate Division, First Department. March 18, 1904.) In the matter of John B. Ryer. No opinion. Motion denied.

SAMPTER v. EDELSVARD et al. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Arnold Sampter against Gustaf A. Edelsvard and others. No opinion. Judgment, so far as appealed from, affirmed, with costs.

SAWTELL, Appellant, v. DE MONDE, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Emma P. Sawtell against Agnes E. De Monde. No opinion. Order affirmed, by default, with $10 costs and disbursements.

SAXTON v. SEBRING et al. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Frank J. Saxton against James O. Sebring and others.
PER CURIAM. Motion to correct printed case on appeal granted, with $10 costs, and the printed case directed to be corrected accordingly, but upon condition that the respondents stipulate to set the case down for argument not later than Monday of the fourth week of the present term of this court, at the option of the appellant. In the event of the failure of the respondents to give such stipulation, the motion is granted, without costs.

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Louisa Schlotterer, an infant, against the Brooklyn & New York Ferry Company. No opinion. Motion denied.

SCHNEIDER, Respondent, v. HIGH GROUND DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Philip Schneider against the High Ground Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHOMBURG et al., Respondents, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Frederick H. Schomburg and Henry E. A. Wolff, copartners, etc., against Max Cohen. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCOTT, Respondent, v. CONN, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Walter

Scott against Charles G. Conn. H. J. McCormick, for appellant. C. D. Ridgway, for respondent. No opinion. Judgment affirmed, with costs.

SEARLE et al. v. CORPORATION LIQUIDATING CO. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by George R. Searle and others against the Corporation Liquidating Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SEEMANN, Respondent, v. CENTRAL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Edward Seemann against the Central Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEIDEN, Appellant, v. EPSTEIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Frank Seiden against Hyman Epstein. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

SELIGMAN v. BENJAMIN. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Washington Seligman against Alfred N. Benjamin. No opinion. Appeal dismissed, with $10 costs.

SHAPER, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by John H. Shaper against Mary E. C. Davis. PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and of fact, unless the plaintiff stipulates to reduce the verdict by deducting therefrom the sum of $103 as of the date of the rendition thereof, in which event the judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party. Held, that the evidence does not satisfactorily establish that the defendant was suffering from the disease claimed by the plaintiff, and which warranted a charge of two dollars per day from the 25th day of January to the 15th day of July, 1902, as allowed by the referee.

SPRING and STOVER, JJ., dissent.

SHEEHAN v. ERBE. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by William Sheehan against William Erbe. No opinion. Motion denied, with $10 costs.

SIBBERN, Respondent, v. REISNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Rudolph T. Sibbern against Harry Reisner.

No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

SILER, Respondent, v. BATH & H. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Charles Siler against the Bath & Hammondsport Railroad Company. PER CURIAM. Order granting new trial reversed, with costs, and judgment directed in favor of the defendant upon the verdict. Held that, the jury having found the plaintiff was not free from contributory negligence, he was not entitled to recover, even although the defendant was guilty of negligence.

SIMPSON v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Frederick P. Simpson against the city of New York. No opinion. Motion granted, with $10 costs.

SMITH, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by Edward Smith against Maria A. Herter. H. B. Wesselman, for appellant. P. S. Menken, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Edward Smith against Maria A. Herter. B. L. Kraus, for appellant. P. S. Menken, for respondent. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Nicholas Smith, by his guardian ad litem, Catharine Smith, against Jose Berre King and George R. King. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. LAZIER GAS ENGINE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Henry Smith against the Lazier Gas Engine Company. No opinion. Judgment and order affirmed, with costs, upon opinion of NASH, J., delivered at Special Term.

SEIDENSPINNER, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Emelie R. Seidenspinner against the Metropolitan Life Insurance Company. No opinion. Judgment affirmed, with costs, on the authority of same case in this court. 70 App. Div. 476, 74 N. Y. Supp. 1108.

SOMERS, Respondent, v. GUDE, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by John H. Somers against Oscar J. Gude. A. S. Gilbert, for appellant. J. H. Land, for respondent.